Case 5:22-mj-00054-JPM   Document 1   Filed 10/18/22   Page 1 of 1   PageID #: 1

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of West Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>PERSONNE E. McGHEE<br>aka "RICO"<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br>5:22-MJ-54 |

FILED
OCT 1 8 2022
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 28, 2022__ in the county of __Ohio__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and (b)(1)(C) | Distribution of Cocaine |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason R. Kocher, DEA-TFO, OVDTF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/18/2022__

_____
*Judge's signature*

City and state: __Wheeling, West Virginia__    James P. Mazzone, U.S. Magistrate Judge
*Printed name and title*